IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GARDNER, et al.<br><br>    Defendant._____/ | No. CR 09-00203 CW (WDB)<br><br>REPORT AND RECOMMENDATION RE: MOTION TO EXPUNGE LIS PENDENS (Docket no. 181) |

Following the May 21, 2009, hearing on Monetta James's motion to expunge lis pendens, the undersigned set a deadline of June 12, 2009, for the government to file a civil forfeiture action. Although the government did not notify the undersigned that it had filed any such action, it appears from the court docket that the government filed a civil complaint for forfeiture on June 10, 2009, in the action entitled *United States of America v. Real Property and Improvements Located at 1419 Camellia Drive, East Palo Alto, California, Assessor's Parcel Number 063-412-010*, Case No. 09-02577 JSW.

Having considered all the pertinent circumstances, the undersigned RECOMMENDS that District Judge Wilken DISMISS WITHOUT PREJUDICE the pending motion to expunge lis pendens, but that the dismissal be on the condition that the government diligently prosecute the civil forfeiture action it has commenced, that in that action Monetta James is promptly afforded an opportunity to litigate her contention that she should be permitted to litigate her rights in the subject property at this juncture (rather than trailing the criminal proceeding), and that the dismissal

1  without prejudice that is hereby recommended tolls the operation of any statute of
2  limitations that might otherwise bar her right to litigate her motion to expunge the lis
3  pendens.

5  Dated:  June 29, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

2