**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GARDNER, et al.,

    Defendants.
                                  /

No.  CR 09-00203 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: MOTION TO EXPUNGE LIS PENDENS

    The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation Re: Motion to Expunge Lis Pendens.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the motion to expunge lis pendens is dismissed without prejudice.  The dismissal shall be on the condition the government diligently prosecute the civil forfeiture action it has commenced in C-09-2577 JSW, <u>United States of America v. Real Property and Improvements Located at 1419 Camellia Drive, East Palo Alto, California, Assessor's Parcel Number 063-412-010</u>, and that in that action Monetta James is promptly afforded an opportunity to litigate her contention that she should be permitted to litigate her rights in the subject property at this juncture

(rather than trailing the criminal proceeding).  This dismissal without prejudice tolls the operation of any statute of limitations that might otherwise bar Ms. James' right to litigate her motion to expunge the lis pendens.

Dated: 7/24/09

CLAUDIA WILKEN
United States District Judge

cc: JSW
    WDB