BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DESEAN GARDNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09 00203 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING BRIEFING** |
| vs. | ) | **SCHEDULE AND CONTINUING** |
| | ) | **HEARING DATE** |
| DESEAN GARDNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This case arises from serial wiretap authorizations, filed January 5, 2009, and February 6, 2009, respectively, for three target telephones: two of these telephones allegedly were used by Desean Gardner and the other phone by co-defendant Andre Darnell Anderson. The second superseding indictment, filed April 8, 2009, alleges a conspiracy to distribute crack cocaine and marijuana between thirty-five of the thirty-seven named defendants, as well as a subsidiary conspiracy and several counts of actual distribution or possession with intent to distribute crack cocaine by a few of the individual defendants. Several defendants have pleaded guilty; several defendants have been added to the case in recent weeks.

STIP/ORD RE BRIEFING SCHEDULE                1

1  Earlier this month, defense counsel sent a letter request for discovery, specifically
2  directed to items that, according to defense counsel, have not yet been produced. The
3  government is in the process of responding to that letter in an attempt to avoid the need for a
4  motion to compel discovery, and intends to produce additional responsive materials to the extent
5  it determines is appropriate. If, after review of these responsive materials, defense counsel
6  determine that the government is required to produce additional discovery, it will file a motion to
7  compel such discovery.

8  For these reasons, IT IS STIPULATED AND AGREED that the briefing schedule on the
9  motion to compel discovery be extended as follows: the joint opening brief shall be filed by
10 October 14, 2009; the government's responding brief shall be filed by October 21, 2009; any
11 joint reply brief shall be filed by October 28, 2009; the hearing on defendant's joint motion to
12 compel discovery shall be held on November 18, 2009.

13 IT IS FURTHER STIPULATED AND AGREED that time under the Speedy Trial Act be
14 excluded due to the complexity of this case, that it would be unreasonable to expect
15 adequate preparation for pretrial proceedings and trial within the time limits established by the
16 Speedy Trial Act, and to allow for the effective preparation of counsel, taking into account the
17 exercise of due diligence.

18

19 Dated: September 17, 2009                                    /S/
                                                       JEROME E. MATTHEWS
20                                                     Assistant Federal Public Defender
                                                       On Behalf of All Defendants
21
   Dated: September 17, 2009                                    /S/
22                                                     GARTH HIRE
                                                       Assistant United States Attorney
23

24                              SIGNATURE ATTESTATION
   I hereby attest that I have on file all holograph signatures for any signatures indicated by
25 a "conformed" signature (/S/) within this e-filed document.

26

STIP/ORD RE BRIEFING SCHEDULE                    2

**ORDER**

Good cause appearing therefor, IT IS ORDERED that the parties comply with the briefing schedule set forth in the foregoing stipulation; that the hearing on defendants' joint motion to compel discovery is continued to November 18, 2009; and that time under the Speedy Trial Act, including the time period beginning September 16, 2009 and ending on the date this Order is signed, is excluded until November 18, 2009, on the grounds set forth in the foregoing stipulation.

September _18_, 2009

_____
CLAUDIA WILKEN
United States District Judge