MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Dontae Tyrie Gardner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONTAE TYRIE GARDNER, <br><br> Defendant. | Case No.: CR-09-00203-CW <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS TO ALLOW DOMESTIC TRAVEL** |

The defendant Dontae Gardner and the government stipulate that this Court should enter an order authorizing the defendant to within the United States, at the discretion of his supervising pretrial services officer.

Mr. Gardner has pled guilty to one count of use of a telephone facility to facilitate a drug trafficking offense, under a plea agreement under Rule 11(c)(1)(C). The parties have agreed that an appropriate disposition is 36 months probation. The sentencing hearing in

**STIPULATION AND [PROPOSED] ORDER**

the case is set for June 16, 2010.

Mr. Gardner is currently released under a $700,000 secured bond, resides at home in San Jose with his significant other and two children, and is subject to standard release conditions, including travel restricted to the Northern District of California. Mr. Gardner is a musician; he is a member of a popular rap duo. Mr. Gardner is seeking to perform a series of concerts and promotional events related to his music throughout the nation, including Florida, Utah, Nevada, Oregon, and California, beginning on March 26.

Dated:                                      Respectfully Submitted,

                                            RAMSEY & EHRLICH LLP

                                            //s//

                                            ISMAIL RAMSEY
                                            ATTORNEY FOR DONTAE TYRIE GARDNER


                                            JOSEPH P. RUSSONIELLO
                                            US ATTORNEY

                                            //s//

                                            GARTH HIRE
                                            ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that defendant Dontae Gardner's release conditions be modified to permit him to travel within the United States at the discretion of his supervising pretrial services officer.

Dated:   March 25, 2010

_____
HON. LAUREL BEELER
U.S. MAGISTRATE JUDGE

- 2 -